

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

September 8, 1964

Honorable Byron Tunnell
Speaker
House of Representatives
Austin, Texas

Opinion No. C-307

Re: Compensation of a member of
the House of Representatives
who has a contractual agree-
ment with the High Plains
Underground Water Conserva-
tion District No. 1.

Dear Mr. Tunnell:

Your request for an opinion reads as follows:

"I request that you advise me whether or
not I can legally authorize expenditures of
monies to and for a member of the House of
Representatives under the facts set out.

"The Honorable H. G. Wells of Tulia,
Texas, Representative, District 89, consist-
ing of Briscoe, Hale, Swisher and Floyd Coun-
ties, entered into a contract with the High
Plains Underground Water Conservation District
No. 1, to render legal services to the District.
A copy of the contract is attached hereto for
your information and consideration.

"At that time, September 30, 1963, in an
abundance of caution, Representative Wells re-
quested that he be taken off the monthly House
of Representative Member's payroll and since
that time he has not received any compensation
as a member of the House of Representatives.

"I request that you advise me:

"1.  Does the relationship between Representa-
tive Wells and the High Plains Underground
Water Conservation District No. 1, as evi-
denced by the contract preclude him from
receiving the Constitutional salary as a
member of the House of Representatives?

"2.  If the answer to question no. 1 is in the
negative, can I now authorize Representative

-1464-

Wells to be paid for the months he has
not received such salary and if so, can
he be paid in a lump sum?"

We have carefully examined the contractual agreement enter-
ed into by and between the High Plains Underground Water Conser-
vation District No. 1 and Representative Wells. Under this agree-
ment, Representative Wells became an independent contractor with
the Conservation District and cannot be considered an employee of
the District nor an officer of the District. Therefore, Section 40
of Article XVI of the Constitution of Texas prohibiting a person
from holding or exercising at the same time more than one civil of-
fice of emolument is not applicable to Representative Wells, under
the facts submitted. Likewise, Section 33 of Article XVI of the
Constitution of Texas prohibiting the Accounting Officers of this
State from paying a warrant in favor of any person for salary or
compensation as agent, officer, or appointee, who holds at the same
time any other office or position of honor, trust or profit, under
this State or the United States, is not applicable.

While Attorney General's Opinion C-221 (1964) held that a
member of the Legislature is not eligible to receive his salary
as a member of the Legislature while he is employed by a govern-
mental agency of the State, such holding is not applicable to the
facts submitted in your request, for the reason that the agreement
between the Conservation District and Representative Wells creates
the relationship of independent contractor rather than constitut-
ing a contract of employment.

In view of the foregoing, you are advised in answer to ques-
tion no. 1 that the relationship between Representative Wells and
the High Plains Underground Water Conservation District No. 1 does
not preclude Representative Wells from receiving the constitutional
salary as a member of the House of Representatives.

In answer to your second question, you are advised that
since his constitutional salary for the months he has not received
is now due and payable, such salary may be paid in a lump sum.

## SUMMARY

An agreement between an agency of the
State and a member of the Legislature
which creates the relationship of an
independent contractor, rather than
constituting a contract of employment,
does not violate the provisions of
Sections 33 or 40 of Article XVI of
the Constitution of Texas and, there-
fore does not preclude the payment of

the constitutional salary to such
member of the Legislature.

Yours very truly,

WAGGONER CARR
Attorney General

By _John Reeves_
John Reeves
Assistant

JR:ms

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
Robert Smith
Brady Coleman
Roy Johnson

APPROVED FOR THE ATTORNEY GENERAL
By: Roger Tyler